UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELLY DANIEL and LEWIS B. DANIEL,

Plaintiffs,

v.     4:13-cv-21

BAYER HEALTHCARE PHARMACEUTICALS, INC.,

Defendant.

This 17 day of April 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

### ORDER

Before the Court is the parties' Joint Motion to Stay Pending Transfer to Multidistrict Proceedings. ECF No. 10. The parties anticipate imminent transfer of this case to a currently constituted multi-district litigation ("MDL") involving the same product at issue here. ECF No. 10-1 at 2. In fact, the Panel on Multidistrict Litigation entered a conditional transfer order on April 16, 2013 transferring this case to the MDL. *See In re Mirena IUD Products Liability Litigation*, MDL 2434, ECF No. 122 (Apr. 16, 2013). Plaintiffs, moreover, join in the present motion, so prejudice to them is not an issue. *See id.*

The Court therefore **GRANTS** the present motion. All deadlines in this case, including but not limited to Bayer's deadline to file a reply supporting its motion to dismiss, and all discovery deadlines, are **STAYED** pending final transfer of this case to the MDL court.